**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 MAR 26 PM 3: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

LUCI TAYLOR,

        Plaintiff,

vs.

CIVIL ACTION NO: 3;12-cv-326-J-32mcr

UNITED STATES OF AMERICA,

        Defendant.           /

## COMPLAINT

Plaintiff, **LUCI TAYLOR**, sues Defendants, **THE UNITED STATES OF AMERICA**, and alleges:

1. This is an action for damages in excess of Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest, costs, and attorney's fees, and is brought pursuant to the Federal Tort Claims Act, sections 1346(b) and 2671-2680, title 28, United States Code.

2. Venue is proper in this Court because all of the wrongful acts occurred in this judicial district in Jacksonville, Duval County, Florida.

3. All conditions precedent to the bringing of this action have been performed or have been waived. (See attached notice of tort claim Exhibit A.)

4. This suit has been timely filed, in that Plaintiffs timely served notice of claim on the United States Postal Service on July 19, 2011. The United States Postal Service failed to admit or deny liability within six months.

5. At all times material to this action, Plaintiff, **LUCI TAYLOR**, was a natural person residing in Duval County, Florida.

6. At all times material to this action, Defendant, **THE UNITED STATES OF AMERICA**, was in control of the United States Postal Service.

7. On or about August 27, 2010, Plaintiff was driving her vehicle traveling on Bentwater Drive, in Jacksonville, Duval County, Florida, when her vehicle was struck by a United States Postal Service vehicle operated by Daniel George Waldon, United States Postal Service Driver, and owned by the **THE UNITED STATES OF AMERICA**.

8. At that time and place, Daniel George Waldon, the United States Postal Service driver, was operating the vehicle negligently. The Defendant, **THE UNITED STATES OF AMERICA**, was vicariously liable for the negligence of the United States Postal Service driver, to exercise ordinary care and operate his vehicle reasonably and prudently.

9. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   (a) failing to timely apply the brakes;

   (b) failing to maintain proper lookout;

   (c) failing to turn the vehicle in an effort to avoid the collision; and

   (d) driving the vehicle at the rate of speed that an ordinary and prudent person would not have driven under the same or similar circumstances.

10. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered damage to her property.

11. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning and the loss of the ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, **LUCI TAYLOR**, sues the Defendant, **THE UNITED STATES OF AMERICA**, for damages and demands judgment in excess of Seventy Five Thousand Dollars ($75,000.00), plus interest and costs, and demands trial of all issues so triable.

**RESPECTFULLY** submitted this 20th day of March, 2012.

MEGAN D. SEARLS, TRIAL COUNSEL
FBN 0794341
Morgan & Morgan, P.A.
76 South Laura Street
Suite 1100
Jacksonville, FL 32202
Telephone:   (904) 398-2722
Facsimile:   (904) 398-2334
msearls@forthepeople.com